IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
LORRAINE REGA,                      *
                                    *
          Plaintiff,                *
                                    *
     v.                             *     CV 115-087
                                    *
GEORGIA DEPARTMENT OF               *
CORRECTIONS-GROVETOWN               *
MEDICAL PRISON (AUGUSTA);           *
GAIL THOMAS; JACQUELINE             *
CHAMPION; VERONICA SAMUELS;         *
AMICINA MACK; SHUNETTE              *
BURTON; MILDRED GILLIAM; FNU        *
MOORE, FS Manager,                  *
                                    *
          Defendants.               *
```

**O R D E R**

Presently before the Court is Defendants' motion to dismiss. (Doc. 5.) For the reasons discussed below, Defendants' motion is **DENIED**.

I. **Background**

Proceeding *pro se*, Plaintiff Lorraine Rega initiated this action, alleging employment discrimination. (Doc. 1.) On the same day she filed her complaint, Plaintiff moved to proceed *in forma pauperis*. (Doc. 2.) While that motion was pending, Plaintiff apparently attempted to serve process on Defendants by mailing a copy of her complaint to the Augusta State Medical

Prison. Defendants responded by moving to dismiss Plaintiff's complaint for failing to properly serve process and because it failed to state a claim for which relief could be granted. While that motion was pending, the Magistrate Judge ruled on Plaintiff's motion to proceed *in forma pauperis*. (Doc. 15.) In that Order, the Magistrate Judge granted Plaintiff's motion, but ordered her to file an amended complaint, which she has done.

## II. **Discussion**

Federal Rule of Civil Procedure 4 governs summonses and service of process. Under Rule 4, once a plaintiff initiates a lawsuit, he or she may present a summons to the clerk to sign, and the clerk must issue the summons if it is properly completed. Fed. R. Civ. P. 4(b). And a plaintiff must serve the summons along with a copy of the complaint on all defendants within a specified amount of time. When Plaintiff initiated this action, the time requirement was 120 days from the date of filing the complaint.[1] In this case, there is no evidence that Plaintiff properly and timely served Defendants with the original complaint, and Plaintiff does not argue that she did.

This case, however, is unique. Because Plaintiff is proceeding *in forma pauperis*, the Court was required to screen her complaint. See <u>Phillips v. Mashburn</u>, 746 F.2d 782, 784-85

---

[1] Since Plaintiff filed her complaint, amendments to the Federal Rules of Civil Procedure have become effective and amended Rule 4 gives plaintiffs only 90 days to serve. This amendment, however, is irrelevant to this matter.

2

(11th Cir. 1984). When Plaintiff attempted service on Defendants and when Defendants moved to dismiss the claims, the Magistrate Judge was conducting a frivolity review and had not yet permitted the case to move forward. (See Doc. 15 at 2 n.1.) Accordingly, serving Defendants was not yet proper. (See Doc. 13 at 2.) Subsequently, the Magistrate Judge determined that Plaintiff's complaint failed to meet the pleading requirements of Federal Rule of Civil Procedure 8(a) and ordered her to file an amended complaint and instructed her how to cure the defects. And the Magistrate Judge informed Plaintiff that, upon screening the amended complaint, he would determine which Defendants to serve with a copy of the amended complaint.

Because Defendants' motion to dismiss is based on Plaintiff's first complaint, it must fail. First, she was given an opportunity to cure any pleading defects, so any argument that the first complaint failed to state a claim is mooted. Second, Plaintiff's erroneous service occurred before she had been permitted to proceed with her claims. Essentially, because Plaintiff prematurely attempted to serve Defendants, Defendants prematurely moved to dismiss the claims. Accordingly, Defendants' motion to dismiss (doc. 5) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 10th day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA