# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

# AUGUSTA DIVISION

| | | |
|---|---|---|
| LORRAINE REGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-087 |
| | ) | |
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims against Defendant Grovetown Medical Prison (Augusta), Plaintiff's claims under 42 U.S.C. § 1985, her claims of wantonness, negligence, and negligent retention, her § 1981 and § 1983 claims against Defendants State of Georgia, Georgia Department of Corrections, Owens, Brown, Spratt, and Roberts, and her Title VII claims against Defendants State of Georgia, Owens, Brown, Spratt, Roberts, Champion, Samuels, Mack, Gilliam, Burton, Moore, and Thomas. Further, the Court **DISMISSES** Defendants Grovetown Medical Prison (Augusta), State of Georgia, Owens, Brown, Spratt, and Roberts due to the dismissal of all claims against them. Plaintiff's only remaining claims in this action are under Title VII against Defendant Georgia Department of Corrections and

under 42 U.S.C. § 1983 for violations of 42 U.S.C. § 1981 against Defendants Thomas, Champion, Samuels, Mack, Burton, Gilliam, and Moore.

SO ORDERED this 29th day of April, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA